IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16-CR-361 |
| vs. | |
| MICHAEL PACKETT, | ORDER OF DISMISSAL |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal, Filing 225, the Petition for Offender Under Supervision, Filing 196. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal, Filing 225, is granted;

2. The Petition for Offender Under Supervision, Filing 196, is dismissed; and

3. Defendant shall remain on supervised release under the current terms and conditions until his currently scheduled termination date.

Dated this 24th day of May, 2022.

BY THE COURT:

Brian C. Buescher
United States District Judge